AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America v. | ) Case: 1:23-mj-00012 |
| Farbod Azari (AKA: Farbod 'Francis' Azari) | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 1/13/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                                      Farbod Azari                                              ,
who is accused of an offense or violation based on the following document filed with the court:

‡ Indictment       ‡ Superseding Indictment       ‡ Information       ‡ Superseding Information       **X** Complaint

‡ Probation Violation Petition       ‡ Supervised Release Violation Petition       ‡ Violation Notice       ‡ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ,
18 U.S.C. § 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) ,
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1361 (Destruction of Government Property)
18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon),
18 U.S.C. § 1751(b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ,
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon).
18 U.S.C. § 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. § 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building )

Date: _____01/13/2023_____ .

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.01.13 12:07:13 -05'00'

*Issuing officer's signature*

City and state:     _____Washington, D.C._____     _____G. Michael Harvey, U.S. Magistrate Judge_____

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant

| Return |
|---|
| This warrant was received on *(date)* ___1/14/23___ , and the person was arrested on *(date)* ___1/18/23___ at *(city and state)* ___Henrico, Virginia___ . |

Date: ___1/18/23___

_____
Arresting officer's signature

David Crisp / Special Agent
_____
Printed name and title