**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: COLOMBELL                                    DOCKET NO. 3:23mj7

REPORTER: FTR                                        DATE: 1/18/23

UNITED STATES OF AMERICA                              COUNSEL
                    v.

1. __Farbod Azari__                        1. ___Joseph Camden__ (x?)
   Deft appeared via VTC (  ) ZOOM (  )

**APPEARANCES:**   GOVERNMENT ___Jessica Wright_____ (✓)
                   DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL (  )
                   DEFENDANT NOT PRESENT  (  )  WAIVER OF APPEARANCE FILED (  )
                   INTERPRETER _____ (  )

**BAIL STATUS:**   DEFENDANT ON BOND (  ) DEFENDANT ON SUPERVISED RELEASE (  )
                   DEFENDANT INCARCERATED (✓) BOND NOT SET (  )

**TYPE OF**        *Rule 5*
**PROCEEDINGS:**   INITIAL (✓) ARRAIGNMENT (  ) REARRAIGNMENT/GUILTY PLEA (  )
                   PRELIMINARY (  ) DETENTION (  ) MOTIONS (  ) OTHER: _____ (  )
                   INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION (  )

**PRELIMINARY**    WAIVER OF INDICTMENT EXECUTED, FILED  (  )
**PROCEEDINGS:**   CRIMINAL INFORMATION FILED  (  )
                   OTHER (  ) _____

**INITIAL HEARING**   DATE OF ARREST: 1/18/23   GOVT'S MOTION TO UNSEAL (  )
**PROCEEDINGS:**      GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)
                     FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED (✓)
                     DEFT TO RETAIN COUNSEL (x)        *for Richmond Only*
                     GOVT'S MOTION TO DETAIN DEFT (  ) ORDER OF TEMPORARY DETENTION (  )
                     DEFT REMANDED (  ) DETENTION HEARING SET: _____
                               *Deft likely doesn't qualify*
**PRELIMINARY HEARING**  GOVT ADDUCED EVIDENCE (  )   DEFT ADDUCED EVIDENCE (  ) *for appt'd*
**PROCEEDINGS:**         ARGUMENTS HEARD (  )  FINDINGS STATED FROM BENCH (  ) *counsel*
                        DEFT WAIVED HEARING (  ) PROBABLE CAUSE FOUND (  )
                        MOTION FOR CONTINUANCE (  ) GOVT (  ) DEFT (  ) DEFT REMANDED (  )
                        WITNESS(ES) _____
                        _____
                        _____
                        _____
                        _____

**DETENTION HEARING**   GOVT ADDUCED EVIDENCE (  )    DEFT ADDUCED EVIDENCE (  )
**PROCEEDINGS:**        ARGUMENTS HEARD (  )  FINDINGS STATED FROM BENCH (  )
                       DEFT WAIVED HEARING (  ) DEFENDANT CONTINUED ON PRESENT BOND (  )
*Deft to be*           DEFT HELD W/O BOND (  ) FLIGHT RISK (  ) DANGER (  )
*remanded until*       GOVT NOT SEEKING DETENTION (✓) DEFENDANT RELEASED ON BOND (  )
*installation of LM*   ELECTRONIC MONITORING (  ) 3rd PARTY CUSTODIAN (  )
                       DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED (  )
*on 1/19/23.*          MOTION FOR CONTINUANCE (  ) GOVT (  ) DEFT (  )
                       DEFT REMANDED (  )
                       WITNESS(ES) _____ *See pg 2 for conditions*
                       *Deft waived Rule 5 hearings in this district*
                       *Deft to appear for his next hearing on 1/26/23*
                       *at 1:00PM by Zoom in the District of Columbia*

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  (  )

**CASE CONTINUED TO:** _____ FOR _____
CASE SET: 3:00   BEGAN: 3:51    ENDED: 4:05    TIME IN COURT: 14 Minutes

**BOND CONDITIONS:**

___ RESIDENCE/TRAVEL RESTRICTED TO THE COMMONWEALTH OF VA WITH THE EXCEPTION OF AS NEEDED
___ PRETRIAL SUPERVISION          FOR COURT, MEETINGS WITH PRETRIAL, OR MEETINGS WITH COUNSEL
___ NO DRUGS          IN THE DISTRICT OF COLUMBIA
___ NO FIREARMS
___ NO ALCOHOL ___ NO EXCESSIVE USE OF ALCOHOL
___ MAINTAIN/SEEK EMPLOYMENT ___ SHOW PROOF OF INCOME
___ AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC. ----MAY TALK TO FAMILY, BUT MUST NOT
___ SUBSTANCE ABUSE TESTING ___ TREATMENT ___ PAY COSTS AS DIRECTED          DISCUSS CASE.
___ MENTAL HEALTH EVALUATION AND/OR TREATMENT ___ PAY COSTS
___ ELECTRONIC MONITORING ___ PAY COSTS Curfew from 9:00 p.m. - 6:00 a.m.
___ 3RD PARTY CUSTODIAN
___ MAINTAIN CONTACT WITH ATTORNEY
___ SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
___ IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
___ MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
___ CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____

_____

_____